IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRANDON E., CHACY E. and PEGGY E., | CIVIL NO 07-00536 ACK-LEK |
| Plaintiffs, | |
| vs. | |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | |
| Defendants. | |

**AMENDMENT TO REPORT OF SPECIAL MASTER ON PLAINTIFFS'
MOTION DETERMINING PLAINTIFFS AS PREVAILING
PARTY AND FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

On September 4, 2008, this Court filed its Report of Special Master on Plaintiffs' Motion Determining Plaintiffs as Prevailing Party and for an Award of Attorneys' Fees and Costs ("Report"). This Court found that Plaintiffs Brandon E., Chacy E., and Peggie E. (collectively "Plaintiffs") had not submitted sufficient information about their requested costs, but gave Plaintiffs leave to submit further documentation. On September 11, 2008, Plaintiffs submitted a Declaration of Stanley E. Levin regarding the Report, with supporting documents ("9/11/08 Declaration"). Defendant State of Hawaii Department of Education ("Defendant") did not submit a response to the 9/11/08 Declaration. After careful consideration of Plaintiffs' 9/11/08 Declaration and the relevant legal authority, this Court hereby AMENDS the Report and RECOMMENDS that Plaintiffs' request for

costs be GRANTED IN PART AND DENIED IN PART and that the district judge award Plaintiffs costs in the amount of $498.12.

### DISCUSSION

As the prevailing party, Plaintiffs are entitled to reasonable costs incurred in the relevant proceeding at issue in this instant case. See 20 U.S.C. § 1415(i)(3)(B)(i)(I). Plaintiffs seek an award of the following costs incurred in connection with the Due Process Hearing:

```
photocopies    $32.12
messenger      $25.50 ($8.50 each x 3)
postage        $6.12
facsimile      $26.60 (133 pgs x .20 per page)
Total          $90.34
```

[9/11/08 Decl. at ¶ 2.]  Plaintiffs also seek $368.00 for the filing fee in the instant case, and $50.00 in sheriff's fees, presumably for the service of the Complaint and summons in the instant case. [Id. at ¶ 3.] Plaintiffs submitted supporting documents for each type of expense. [Exhs. A & B to 9/11/08 Decl.]

The Court finds that each type of expense was reasonable and necessary in the Due Process Hearing and in the instant case. The Court, however, notes that Plaintiffs' counsel apparently copied 146 pages at $0.22 per page. [Exh. A to 9/11/08 Decl.] "The practice of this court is to allow taxation of copies at $.15 per page or the actual cost charged by commercial copiers, provided such charges are reasonable." Local

Rule LR54.2(f)4.  The Court therefore finds that Plaintiffs are only entitled to recover the cost of 146 copies at $0.15 per page, or $21.90.  The Court finds that Plaintiffs are entitled to an award of the following costs:

|             |         |
|-------------|---------|
| Photocopies | $ 21.90 |
| Messenger   | $ 25.50 |
| Postage     | $  6.12 |
| Facsimile   | $ 26.60 |
| Filing fee  | $368.00 |
| Service fee | $ 50.00 |
| **Total**   | **$498.12** |

The Court RECOMMENDS that the district judge award Plaintiffs $498.12 in costs.

## CONCLUSION

On the basis of the foregoing, this Court hereby AMENDS its Report of Special Master on Plaintiffs' Motion Determining Plaintiffs as Prevailing Party and for an Award of Attorneys' Fees and Costs, filed September 4, 2008, as follows: the Court RECOMMENDS that Plaintiffs' request for costs be GRANTED IN PART AND DENIED IN PART and that the district judge award Plaintiffs $498.12 in costs.

The Court's recommendation with regard to the award of attorneys' fees remains unchanged.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, September 22, 2008.



   /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**BRANDON E., ET AL. V. DEPARTMENT OF EDUCATION; CIVIL NO 07-00536 ACK-LEK; AMENDMENT TO REPORT OF SPECIAL MASTER ON PLAINTIFFS' MOTION DETERMINING PLAINTIFFS AS PREVAILING PARTY AND FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**