IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

BRANDON E., CHACY E. and )       CV 07-00536 ACK-LEK
PEGGY E.,                  )
                          )
        Plaintiff(s),      )
                          )
    vs.                    )
                          )
DEPARTMENT OF EDUCATION,   )
STATE OF HAWAII,           )
                          )
        Defendant(s).      )
_____   )

## ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master and an Amendment To Report of Special Master

having been filed and served on all parties on September 4, 2008 and September

22, 2008 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28,

United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Report of Special

Master on Plaintiffs' Motion Determining Plaintiffs as Prevailing Party and for an

Award of Attorneys' Fees and Costs" and the "Amendment to Report of Special

Master on Plaintiffs' Motion Determining Plaintiffs as Prevailing Party

and for an Award of Attorneys' Fees and Costs" are adopted as the opinion and

order of this court.

IT IS SO ORDERED.

DATED Honolulu, Hawaii, October 15, 2008.



Alan C. Kay
Sr. United States District Judge